NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,

*Petitioner.*

---

Miscellaneous Docket No. 111

---

## ON PETITION

On petition for writ of mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-6908, Judge Timothy J. Savage.

---

## ORDER

Alzheimer's Institute of America, Inc. moves for an extension of time, until December 12, 2011, to file its response to the petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: K. Lee Marshall, Esq.
Peter C. Buckley, Esq.
Keith R. Dutill, Esq.
Charles S. Marion, Esq.
Joseph Lucci, Esq.
Steven B. Kelber, Esq.
United States District Court, E.D. Pa., Clerk

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 7 2011

JAN HORBALY
CLERK